# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 29, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 20-2128 |
| Caption: DANIEL LEWIS LEE, Petitioner - Appellant |
| v. |
| T. J. WATSON, Warden, et al., Respondents - Appellees |
| District Court No: 2:19-cv-00468-JPH-DLP Clerk/Agency Rep Roger A. G. Sharpe District Judge James P. Hanlon |
| Date NOA filed in District Court: 06/26/2020 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)