# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**ORDER**

July 8, 2020

*By the Court:*

| | |
|---|---|
| No. 20-2128 | DANIEL LEWIS LEE,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden, and UNITED STATES OF AMERICA,<br>Respondents - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:19-cv-00468-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon |

Upon consideration of the **UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZE BRIEF**, filed on July 8, 2020, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk is directed to file the tendered brief and supplemental appendix of the appellant **INSTANTER**.

**IT IS FURTHER ORDERED** that the appellees shall file their brief in response to the appellant's brief by Thursday, July 9, 2020, no later than 5:00 p.m. central time.