# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 10, 2020

Before:        DIANE S. SYKES, Chief Circuit Judge
               FRANK H. EASTERBROOK, Circuit Judge
               AMY C. BARRETT, Circuit Judge

| No. 20-2128 | DANIEL LEWIS LEE,<br>Petitioner - Appellant<br><br>v.<br><br>T. J. WATSON, Warden, and UNITED STATES OF AMERICA,<br>Respondents - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:19-cv-00468-JPH-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge James P. Hanlon ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)