(ORDER LIST:  591 U.S.)


TUESDAY, JULY 14, 2020


CERTIORARI DENIED

20-5032     LEE, DANIEL L. V. WATSON, WARDEN, ET AL.
(20A7)

The application for stay of execution of sentence of death presented to Justice Kavanaugh and by him referred to the Court is denied. The petition for a writ of certiorari is denied.